```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GENWORTH LIFE AND ANNUITY            :
INSURANCE COMPANY,                   :
                                     :
            Interpleader Plaintiff,  :
                                     :
            v.                       :     ORDER
                                     :     16-CV-7076 (WFK) (RER)
DONNA RAMISIR, ISAAC RODRIGUEZ,      :
LUIS J. RODRIGUEZ, JR., ANTHONY      :
RODRIGUEZ, ALEXIS RODRIGUEZ, and     :
SHANA LEE RODRIGUEZ,                 :
                                     :
            Interpleaded Defendants. :
-----------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 23 2017 ★
BROOKLYN OFFICE

**WILLIAM F. KUNTZ, II, United States District Judge:**

On July 27, 2017, Donna Ramisir ("Ramisir") filed a motion for default judgment and for the disbursement of funds that had been deposited with the Clerk of Court in this action, which this Court referred to Magistrate Judge Ramon E. Reyes for a Report & Recommendation ("R&R"). After having reviewed Ramisir's motion, Magistrate Judge Reyes issued an R&R in which he recommended that the Court disburse the subject funds as follows: (1) seventy-five percent to Ramisir; (2) five percent to Anthony Rodriguez; (3) five percent to Luis Rodriguez; (4) five percent to Alexis Rodriguez; and (5) ten percent to Shana Rodriguez, the precise values of which to be calculated by the Clerk of the Court upon entry of the final judgment. R&R at 5, ECF No. 33. No objections were filed to the R&R.

After conducting a *de novo* review of the record, the Court hereby ADOPTS in whole the findings and recommendations made by Magistrate Judge Reyes in his R&R based on the reasoning provided therein. It is therefore ORDERED that Ramisir's motion for default judgment and for disbursement of funds is GRANTED. Is the further ORDERED that the Clerk of Court enter final judgment in this action and disburse the deposited funds in the amounts to be

calculated as directed herein. Ramisir has advised the Court that the recipients of the funds can receive them via the U.S. mail at the following addresses:

1. Donna Ramisir, 165 S. Wellwood Avenue, Lindenhurst, NY 11757;[1]

2. Anthony Rodriguez, 6713 Crescent Ridge Road, Orlando, FL 32810;

3. Luis Rodriguez, 8615 Bayshore Road, Lot #59, Palmetto, FL 34221;

4. Alexis Rodriguez, 1431 Casa Rio Drive, Orlando, FL 32825; and,

5. Shana Rodriguez, 3601 Conshohocken Avenue, Apartment 426, Philadelphia, PA 19131.

See ECF No. 35. The Clerk of Court is thereafter respectfully requested to close this case.

**SO ORDERED.**

Dated: October 20, 2017
Brooklyn, New York

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

---

[1] Ramisir has advised that she would like to receive a check payable to Phillips, Artura, & Cox, Esqs. *See* ECF No. 35 at 2.